BEST BUY
PO BOX 5238
CAROL STREAM IL 60197-5238


CAPITAL ONE
PO BOX 85015
RICHMOND VA 23285-5015


CHASE
PO BOX 15650
WILMINGTON DE 19886-5650


FIRST SECURITY BANK
PO BOX 129
STORDEN MN 56174


I.C. SYSTEM, INC.
444 HIGHWAY 96 EAST
PO BOX 64887
ST. PAUL MN 55164


INTERNAL REVENUE SERVICE
316 N. ROBERT ST.
STOP 5700
ST. PAUL MN 55101


MBNA
PO BOX 15102
WILMINGTON DE 19886


MESSERLI & KRAMER
3033 CAMPUS DR., #250
PLYMOUTH MN 55441


MINNESOTA DEPT. OF REVENUE
BANKRUPTCY SECTION
PO BOX 64447

ST. PAUL MN 55164

PROVIDIAN
PO BOX 660548
DALLAS TX 75266-0548

SEARS
PO BOX 818017
CLEVELAND OH 44187

ST. JAMES FEDERAL
501 1ST AVENUE S.
STL. JAMES MN 56081

ST. JAMES FEDERAL
501 1ST AVENUE S.
ST. JAMES MN 56081

STATE BANK OF JEFFERS
102 E. WHITED ST.
JEFFERS MN 56145-4034

STUDENT LOAN FINANCE CORP.
PO BOX 790437
ST. LOUIS MO 63179

TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS MN 55459