# United States Bankruptcy Court
### District of Minnesota
### St. Paul Division

In re: Eric Lee Haken      Case No. 04-36905
(If Known)

Debtor

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $75,000.00 | | |
| B - Personal Property | Yes | 3 | $16,070.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $86,028.94 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Non Priority Claims | Yes | 2 | | $30,327.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $2,258.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $2,199.00 |
| Total Number of Sheets in All Schedules ⇒ | | 15 | | | |
| Total Assets ⇒ | | | $91,070.00 | | |
| Total Liabilities ⇒ | | | | $116,356.93 | |

In re: Eric Lee Haken  Case No. 04-36905
Chapter 7

Last four digits of Social Security No.: 7183
Debtor

## SCHEDULE B - PERSONAL PROPERTY (AMENDED)

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | | $20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account - Community First, Acct. #4574157921 | J | $50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | | $300.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Browning A-500 12 gauge | | $200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Employer Held IRA | | $3,000.00 |

2  continuation sheet(s) attache

In re: Eric Lee Haken　　　　　　　　　　　　　　Case No. 04-36905

Chapter 7

Last four digits of Social Security No.: 7183

Debtor

# SCHEDULE B - PERSONAL PROPERTY *AMENDED*
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | joint tax refund | J | $1,500.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | | 1999 GMC 1500 Pickup | | $11,000.00 |

1　continuation sheet(s) attache

In re: **Eric Lee Haken**　　　　　　　　　　　　　　　　Case No. 04-36905

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

Last four digits of Social Security No.: 7183

Debtor　　　　　　*AMENDED*

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | 1 Dog (no value other than to Debtor) | | $0.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ⇨ | $16,070.00 |

0　continuation sheet(s) attache

In re: Eric Lee Haken

Last four digits of Social Security No.: 7183

Debtor

Case No. 04-36905

Chapter 7

*AMENDED*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

[X] 11 U.S.C. 522(b)(1)  Exemptions provided in 11 U.S.C. 522(d). Note: These exemptions are available only in certain states.

[ ] 11 U.S.C. 522(b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Lot 1, Warren's Subdivision 3 Cottonwood Co., MN | 11 USC § 522(d)(1) | $3,676.78 | $75,000.00 |
| Cash on hand | 11 USC § 522(d)(5) | $20.00 | $20.00 |
| Checking account - Community First, Acct. #4574157921 | 11 USC § 522(d)(5) | $50.00  Claimed By  Debtor | $50.00 |
| Clothing | 11 USC § 522(d)(3) | $300.00 | $300.00 |
| Browning A-500 12 gauge | 11 USC § 522(d)(3) | $200.00 | $200.00 |
| Employer Held IRA | 11 USC § 522(d)(5) | $3,000.00 | $3,000.00 |
| joint tax refund | 11 USC § 522(d)(5) | $1,500.00 | $1,500.00 |
| 1999 GMC 1500 Pickup | 11 USC § 522(d)(2) | $2,775.00 | $11,000.00 |
| 1 Dog (no value other than to Debtor) | 11 USC § 522(d)(5) | $0.00 | $0.00 |

0   continuation sheet(s) attache

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

ERIC LEE HAKEN

Debtor(s).

**SIGNATURE DECLARATION**

Case No. 04-36905

___ PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
___ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
___ MODIFIED CHAPTER 13 PLAN
___ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: _____

X _Eric Haken_____    X _____
Signature of Debtor or Authorized Representative    Signature of Joint Debtor

_____    _____
Printed Name of Debtor or Authorized Representative    Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  
          Case No. BKY 04-36905

**ERIC LEE HAKEN**  
Debtor.  
          Chapter 7 Case

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the attached Amended Summary of Schedules and Schedules B and C have been forwarded by U.S. Mail this 28th day of January, 2005, to all creditors on the attached Mailing Matrix and to the following:

Charles W. Ries, Maschka Riedy & Ries, PLLP, PO Box 7, Mankato, MN 56002-0007

U.S. Trustee, 300 S. 4th St., Room 1015, Minneapolis, MN 55415

Date: 1-28-05

MAX A. KELLER, Attorney at Law  
1043 Grand Ave., #322  
St. Paul, MN 55105  
Bar No. 278816

Subscribed and sworn to before me this 28th day of January, 2005.

Notary Public



CAROL A. GRANT  
NOTARY PUBLIC-MINNESOTA  
My Commission Expires 01-31-2009

BEST BUY
PO BOX 5238
CAROL STREAM IL 60197-5238

CAPITAL ONE
PO BOX 85015
RICHMOND VA 23285-5015

CHASE
PO BOX 15650
WILMINGTON DE 19886-5650

FIRST SECURITY BANK
PO BOX 129
STORDEN MN 56174

I.C. SYSTEM, INC.
444 HIGHWAY 96 EAST
PO BOX 64887
ST. PAUL MN 55164

INTERNAL REVENUE SERVICE
316 N. ROBERT ST.
STOP 5700
ST. PAUL MN 55101

MBNA
PO BOX 15102
WILMINGTON DE 19886

MESSERLI & KRAMER
3033 CAMPUS DR., #250
PLYMOUTH MN 55441

MINNESOTA DEPT. OF REVENUE
BANKRUPTCY SECTION
PO BOX 64447
ST. PAUL MN 55164

PROVIDIAN
PO BOX 660548
DALLAS TX 75266-0548

SEARS
PO BOX 818017
CLEVELAND OH 44187

ST. JAMES FEDERAL
501 1ST AVENUE S.
STL. JAMES MN 56081

ST. JAMES FEDERAL
501 1ST AVENUE S.
ST. JAMES MN 56081

STATE BANK OF JEFFERS
102 E. WHITED ST.
JEFFERS MN 56145-4034

STUDENT LOAN FINANCE CORP.
PO BOX 790437
ST. LOUIS MO 63179

TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS MN 55459